NO. 29231

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

RHONDA LEE NORWOOD-CHING,
Plaintiff-Appellant,

vs.

STATE OF HAWAI'I,
Defendant-Appellee.

E.M. RIMANDO
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

2010 MAY 24 PM 2:48

FILED

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT COURT
(CIV. NO. 08-1-0137K)

ORDER DISMISSING REQUEST FOR RELIEF
(By: Moon, C.J., for the court[1])

By letter to the Chief Justice received April 29, 2010, Plaintiff-Appellant Rhonda Lee Norwood-Ching seeks some kind of relief with regard to Third Circuit Civil No. 08-1-137K and Appeal No. 29231. The record shows that Appeal No. 29231 was dismissed on October, 24, 2008, Appeal No. 29231 is closed, and the time for seeking relief with regard to Appeal No. 29231 has long since passed. Therefore,

IT IS HEREBY ORDERED that the Clerk shall file Plaintiff-Appellant Rhonda Lee Norwood-Ching's request for relief and this order in the record.

IT IS FURTHER ORDERED that Plaintiff-Appellant Rhonda Lee Norwood-Ching's request for relief is dismissed.

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.

IT IS FURTHER ORDERED that the Clerk shall accept no further filings in this closed case.

DATED: Honolulu, Hawai'i,  May 24, 2010.

FOR THE COURT:

Chief Justice